THE STATE EX REL. HOWARD, APPELLANT, *v.* SEAWAY
[FOOD TOWN], INC. ET AL., APPELLEES.

**[Cite as *State ex rel. Howard v. Seaway Food
Town, Inc.* (2002), 94 Ohio St.3d 171.]**

(No. 01–1394—Submitted November 27, 2001—Decided January 30, 2002.)

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Gregory T. Howard,* pro se.

*Eastman & Smith, Ltd., Thomas A. Dixon* and *Margaret Mattimoe Sturgeon,* for appellee Seaway Food Town, Inc.

*Betty D. Montgomery,* Attorney General, and *Thomas L. Reitz,* Assistant Attorney General, for appellees Ohio Bureau of Workers' Compensation and Industrial Commission.